IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SYLVIA ANDERSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | No: 1: 15-1223-JDB-egb |
| ) | |
| MADISON COUNTY SHERIFF'S ) | |
| DEPARTMENT, MADISON COUNTY, TN, ) | |
| JOHN P. MEHR, TOM RUDDER, TOMMY ) | |
| CUNNINGHAM, and VICTORIA COX ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appears to the satisfaction of the Court that the Plaintiff and Defendants have agreed, as evidenced by the signatures of counsel for the Plaintiff and counsel for the Defendants contained herein that the Plaintiff's claims against the Defendants should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff against the Defendants are hereby dismissed with prejudice as an adjudication on the merits.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED that no attorney's fees or expenses will be awarded to any party pursuant to statute or common law, and that no discretionary costs or expenses will be requested by any party, and no such fees, costs, or expenses will be awarded or assessed against any party.

The Clerk is hereby directed to enter final judgment consistent with this Order.

IT IS SO ORDERED, this 13th day of June, 2016.

s/ J. Daniel Breen
CHIEF U.S. DISTRICT JUDGE